**THE ROSEN LAW FIRM, P.A.**
Phillip Kim, Esq.
Jonathan Stern, Esq.
275 Madison Avenue, 40th Floor
New York, New York 10016
Tel: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
Email: jstern@rosenlegal.com

*Counsel for Lead Plaintiff Movant Gregory Gutman*

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELI GOITEIN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>JUST ENERGY GROUP INC., DEBORAH MERRIL, JAMES LEWIS, PATRICK MCCULLOUGH, and JIM BROWN,<br><br>Defendants. | CASE No.: 1:19-cv-07181-JGK<br><br>**NOTICE OF MOTION OF GREGORY GUTMAN TO TRANSFER VENUE** |
| THADDEUS WHITE, Individually and On Behalf of All Others Similarly Situated,<br><br><br>Plaintiff,<br><br>v.<br><br>JUST ENERGY GROUP, INC., PATRICK MCCULLOUGH, and JIM BROWN,<br><br>Defendants. | CASE No.: 1:19-cv-08236-JGK |

*Caption Continues on Following Page*

1

ANDRE BRODEUR, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

JUST ENERGY GROUP INC., DEBORAH MERRIL, JAMES LEWIS, PATRICK MCCULLOUGH, and JIM BROWN,

Defendants.

CASE No.: 1:19-cv-08286-JGK

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of his Motion to Transfer Venue, dated November 18, 2019, the accompanying the Declaration of Phillip Kim and exhibits thereto, and all prior papers and proceedings herein, Lead Plaintiff Movant Gregory Gutman, through his undersigned attorneys, will move this Court, before the Honorable John G. Koeltl, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, on a date and time designated by the Court, for an order pursuant to 28 U.S.C. §1404(a) transferring the above-captioned actions to the United States District Court for the Southern District of Texas.

Dated: November 18, 2019

Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

By: */s/ Phillip Kim*
Phillip Kim
Jonathan Stern
275 Madison Ave., 40th Floor
New York, NY 10016
Tel: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
Email: jstern@rosenlegal.com

*Counsel for Lead Plaintiff Movant Gregory Gutman*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 18th day of November 2019, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ Phillip Kim*