**THE ROSEN LAW FIRM, P.A.**
Phillip Kim, Esq.
Jonathan Stern, Esq.
275 Madison Avenue, 40th Floor
New York, New York 10016
Tel: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
Email: jstern@rosenlegal.com

*Counsel for Lead Plaintiff Movant Gregory Gutman*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELI GOITEIN, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> JUST ENERGY GROUP INC., DEBORAH MERRIL, JAMES LEWIS, PATRICK MCCULLOUGH, and JIM BROWN, <br><br> Defendants. | CASE No.: 1:19-cv-07181-JGK <br><br> **DECLARATION OF PHILLIP KIM IN SUPPORT OF GREGORY GUTMAN'S MOTION TO TRANSFER VENUE** |
| THADDEUS WHITE, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> JUST ENERGY GROUP, INC., PATRICK MCCULLOUGH, and JIM BROWN, <br><br> Defendants. | CASE No.: 1:19-cv-08236-JGK |

*Caption Continues on Following Page*

1

| | |
|---|---|
| ANDRE BRODEUR, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>JUST ENERGY GROUP INC., DEBORAH MERRIL, JAMES LEWIS, PATRICK MCCULLOUGH, and JIM BROWN,<br><br>Defendants. | CASE No.: 1:19-cv-08286-JGK |

I, Phillip Kim declare as follows:

1.      I am an attorney duly licensed to practice in the State of New York and before this Court. I am a partner of The Rosen Law Firm, P.A. ("Rosen Law"), attorneys for Lead Plaintiff Movant Gregory Gutman ("Gutman"). I make this declaration in support of Gutman's Motion to Transfer Venue to the United State District Court for the Southern District of Texas ("S.D.T.X."). I have personal knowledge of the matters stated herein and if called as a witness, I could and would competently testify thereto.

2.      After seeing that Gutman was the only movant to file a lead plaintiff motion pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA") on the September 30, 2019 deadline, I reached out to Jason Cyrulnik at Boise Schiller Flexner LLP ("Boies Schiller") who had filed a notice of appearance on behalf of Defendant Just Energy Group, Inc. in the action *Goitein v. Just Energy Group, Inc., et al.*, Case No. 1:19-cv-07181-JGK (S.D.N.Y.) (the "*Goitein* Action"). Since Gutman was the only lead plaintiff movant and he initiated his action, *Gutman v. Just Energy Group, Inc., et al.*, Case No. 4:19-cv-03449 (S.D.T.X.) (the "*Gutman* Action"), I told

Mr. Cyrulnik that Gutman preferred to proceed in S.D.T.X. and asked his clients' position on whether they would agree to proceed in S.D.T.X. I did not receive a response.

3.      In the meantime, to avoid the need for motion practice, I communicated with counsel for each of the plaintiffs who filed actions in the United States District Court for the Southern District of New York ("S.D.N.Y."), Glancy Prongay & Murray LLP, Klafter Olsen & Lesser LLP, Wittels Law, and Pomerantz LLP, and we all agreed on a stipulation to transfer each of the S.D.N.Y. actions to S.D.T.X.[1]

4.      On November 12, 2019,  I sent an email to Mr. Cyrulnik and his colleague Motty Shulman attaching the stipulation agreed to by all plaintiffs' counsel and asked if Defendants were agreeable to transfer the cases to S.D.T.X.

5.      On November 14, 2019, after receiving no response and recognizing that there were conferences scheduled before the Court the following week in the *Goitein* Action and *White* Action, Erica Stone from my firm followed up again about the stipulation and Defendants' position on transfer to S.D.T.X.

6.      Late on November 14, 2019, Paul Fattaruso from Boise Schiller sent an email to me and my colleagues. Mr. Fattaruso's email did not answer our question about transfer, but rather asked if Gutman would transfer his action to S.D.N.Y.

---

[1] In addition to the *Goitein* Action, the other related actions pending in S.D.N.Y are *White* v. *Just Energy Group, Inc., et al.*, Case No. 1:19-cv-08236-JGK (the "*White* Action")  and *Brodeur* v. *Just Energy Group, Inc., et al.*, Case No. 1:19-cv-08286-JGK (the "*Brodeur* Action" and with the *Goitein* Action and *White* Action, the "S.D.N.Y. Actions").

7.     On November 15, 2019, my firm wrote back defense counsel asking for confirmation that our assumption that Defendants' response to our question about transferring the S.D.N.Y Actions to S.D.T.X. with their question about transferring the *Gutman* Action to S.D.N.Y. means that Defendants do not consent to transfer to S.D.T.X. Also in that email, my firm stated that if that assumption was correct, then we would be filing a motion to transfer shortly.

8.     As of the execution of this declaration, my firm has not heard back from Boise Schiller.

9.     Attached hereto as Exhibit 1 is a true and correct copy of the Declaration of Gregory Gutman in Support of His Motion to Transfer Venue, executed on November 17, 2019.

10.    Attached hereto as Exhibit 2 is Just Energy's Notice of Annual and Special Meeting of Shareholders and Management Information Circular dated June 27, 2018, indicating on pages 16-17 that Defendants Deborah Merril, James Lewis, and Patrick McCullough reside in Houston, Texas.

11.    Attached hereto as Exhibit 3 is the LinkedIn profile of Defendant Jim Brown as of November 18, 2019, indicating that he resides in the Houston, Texas.

I declare under penalty of perjury under the laws of the State of New York and the United States of America that the foregoing is true and correct.

Executed on November 18, 2019

/s/ Phillip Kim
Phillip Kim

4

**CERTIFICATE OF SERVICE**

I hereby certify that on November 18, 2019, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/Phillip Kim