# EXHIBIT 1

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELI GOITEIN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>JUST ENERGY GROUP INC., DEBORAH MERRIL, JAMES LEWIS, PATRICK MCCULLOUGH, and JIM BROWN,<br><br>Defendants. | CASE No.: 1:19-cv-07181-JGK<br><br>**DECLARATION OF GREGORY GUTMAN IN SUPPORT OF HIS MOTION TO TRANSFER VENUE** |
| THADDEUS WHITE, Individually and On Behalf of All Others Similarly Situated,<br><br><br><br>Plaintiff,<br><br>v.<br><br>JUST ENERGY GROUP, INC., PATRICK MCCULLOUGH, and JIM BROWN,<br><br>Defendants. | CASE No.: 1:19-cv-08236-JGK |
| ANDRE BRODEUR, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>JUST ENERGY GROUP INC., DEBORAH MERRIL, JAMES LEWIS, PATRICK MCCULLOUGH, and JIM BROWN,<br><br>Defendants. | CASE No.: 1:19-cv-08286-JGK |

1

Pursuant to 28 U.S.C. §1746, Gregory Gutman declares:

1.      I am above the age of 18 and fully competent to make this declaration. If called as a witness, I would testify as follows:

2.      I understand that the three actions *Goitein v. Just Energy Group, Inc., et al.*, Case No. 1:19-cv-07181-JGK, *White* v. *Just Energy Group, Inc., et al.*, Case No. 1:19-cv-08236-JGK, and *Brodeur* v. *Just Energy Group, Inc., et al.*, Case No. 1:19-cv-08286-JGK, were filed in the United States District Court for the Southern District of New York on July 31, 2019, September 4, 2019, and September 5, 2019, respectfully (the "S.D.N.Y. Actions").

3.      I submit this declaration in support of my motion to transfer the S.D.N.Y. Actions to the United States District Court for the Southern District of Texas ("S.D.T.X.").

4.      At the time of the filing of each of the S.D.N.Y. Actions, I was not a party to the lawsuits.

5.      On September 12, 2019, I initiated an action in S.D.T.X. styled as *Gutman v. Just Energy Group, Inc., et al.*, Case No. 4:19-cv-03449 (the "S.D.T.X. Action"). The S.D.T.X. Action is pending before Judge Ewing Werlein, Jr.

6.      On September 30, 2019, The Rosen Law Firm, P.A. ("Rosen Law"), on my behalf, filed motions seeking my appointment as Lead Plaintiff and approving Rosen Law as Lead Counsel in the S.D.N.Y. Actions[1] and in the S.D.T.X. Action. I understand that there were no other competing motions filed. The motions filed on my behalf are currently pending in each court.

---

[1] The motion in the S.D.N.Y Actions also sought consolidation of the actions pending in this Court.

2

7. I understand that a Lead Plaintiff has a fiduciary responsibility to the absent class members to oversee the litigation and to ensure that counsel for plaintiffs prosecute the case vigorously and in the interest of all class members equally.

8. If appointed as Lead Plaintiff, I would be committed in this role and eventually intend to seek appointment as a class representative. I understand that as a class representative Defendants will likely seek to take my deposition, and that if the case proceeds to trial, I will be called to testify and attend.

9. I am a resident of Dallas, Texas. Accordingly, prosecution of these actions is far more convenient for me in S.D.T.X. than in S.D.N.Y.

10. I initiated the S.D.T.X. Action because I believe that S.D.T.X. is the appropriate venue, not S.D.N.Y. Just Energy Group, Inc.'s ("Just Energy") U.S. headquarters are located in Houston, Texas. Furthermore, many of the allegations in my S.D.T.X. Action, as well as in the S.D.N.Y. Actions, stem from Just Energy's business and operations in Texas.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed on: 11/17/2019

DocuSigned by:

Gregory Gutman

200AA0E77F7E491

3