UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 11-22-19
```

THADDEUS WHITE, Individually and on behalf of all others similarly situated,

                Plaintiff,

- against -

JUST ENERGY GROUP, INC., ET AL.,

                Defendants.

19-cv-8236 (JGK)

**ORDER**

JOHN G. KOELTL, District Judge:

    The defendants should respond to the motion to transfer venue by the movant, Gregory Gutman, by **December 13, 2019**. The movant should reply by **December 23, 2019**.

SO ORDERED.

Dated:    New York, New York
            November 21, 2019

                                      John G. Koeltl
                                  United States District Judge