To: Hon. John G. Koeltl Page 2 of 2 Case 4:20-cv-00590 Document 31 Filed on 02/07/20 in TXSD Page 1 of 1 From: Laurence Rosen 2020-02-06 20:17:04 (GMT)

Case 1:19-cv-08236-JGK   Document 30   Filed 02/06/20   Page 1 of 1



**The Rosen Law Firm**

I N V E S T O R   C O U N S E L

Jonathan Stern, Esq.
jstern@rosenlegal.com

February 6, 2020

**VIA ECF**
Hon. John G. Koeltl
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re:    *White* v. *Just Energy Group, Inc., et al.*, Case No. 1:19-cv-08236-JGK

Your Honor:

I represent Lead Plaintiff Gregory Gutman in the above-referenced matter. I write to request that the oral argument on Lead Plaintiff's Motion to Transfer be adjourned until February 12, 2020 at 10:30 a.m. Oral argument is currently scheduled for February 7, 2020 at 11:00 a.m., and was recently rescheduled from February 6, 2020 at 12:30 p.m. I am requesting the foregoing adjournment due to the fact that I am the lead attorney for my firm for this matter and I have a previously scheduled deposition tomorrow in another matter which conflicts with the oral argument. This is the first request for an adjournment. I have conferred with Counsel for Defendants in this matter and they consent to this request for an adjournment.

Thank you for your consideration.

Respectfully submitted,

*/s/ Jonathan Stern*
Jonathan Stern, Esq.

cc: All counsel of record by ECF

*Argument rescheduled to 2/12/20 at noon. So ordered.*
*Jon G. Koeltl*
*2/7/20 U.S.D.J.*