```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 2.13.20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THADDEUS WHITE, Individually and On
Behalf of All Others Similarly
Situated,

        19-cv-8236 (JGK)

        Plaintiff,        **ORDER**

   - against -

JUST ENERGY GROUP, INC., PATRICK
MCCULLOUGH, and JIM BROWN,

        Defendants.

---

**JOHN G. KOELTL, District Judge:**

    For the reasons discussed at the conference held on **February 12, 2020,** the lead plaintiff's motion to transfer venue to the Southern District of Texas is **granted.** The Clerk of Court is directed to transfer this case to the Southern District of Texas and close the case on the docket of this Court. The Clerk is also directed to close all pending motions.

SO ORDERED.

Dated:   New York, New York
         February 12, 2020

                                      /s/ John G. Koeltl
                                         John G. Koeltl
                                    United States District Judge