CLOSED,ECF,RELATED

# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:19–cv–08236–JGK

| | |
|---|---|
| White v. Just Energy Group, Inc. et al | Date Filed: 09/04/2019 |
| Assigned to: Judge John G. Koeltl | Date Terminated: 02/13/2020 |
| Related Case: 1:19–cv–07181–JGK | Jury Demand: Plaintiff |
| Cause: 15:78m(a) Securities Exchange Act | Nature of Suit: 850 Securities/Commodities |
| | Jurisdiction: Federal Question |

**Plaintiff**

| | | |
|---|---|---|
| **Thaddeus White**<br>*Individually and On Behalf of All Others*<br>*Similarly Situated* | represented by | **Christopher Michael Timmel**<br>Klafter, Olsen & Lesser, LLP<br>Two International Drive<br>Ste 350<br>Rye Brook, NY 10573<br>914–934–9200<br>Fax: 914–934–9220<br>Email: christopher.timmel@klafterolsen.com<br>*ATTORNEY TO BE NOTICED* |
| | | **J. Burkett McInturff**<br>Law Offices of Steven L. Wittels, P.C.<br>18 Half Mile Road<br>Armonk, NY 10504<br>(914)–319–9945<br>Fax: (914)–273–2563<br>Email: jbm@wittelslaw.com<br>*ATTORNEY TO BE NOTICED* |
| | | **Steven Lance Wittels**<br>Law Offices of Steven L. Wittels, P.C.<br>18 Half Mile Road<br>Armonk, NY 10504<br>(914) 319–9945<br>Fax: (914) 273–2563<br>Email: slw@wittelslaw.com<br>*ATTORNEY TO BE NOTICED* |
| | | **Tiasha Palikovic**<br>Mayer Brown LLP (NY)<br>1221 Avenue of the Americas, 14th Floor<br>New York, NY 10020–1001<br>212 506 2677<br>Fax: 212 849 5677<br>Email: tpalikovic@wittelslaw.com<br>*ATTORNEY TO BE NOTICED* |
| | | **Jeffrey Alan Klafter**<br>Klafter, Olsen & Lesser, LLP<br>Two International Drive<br>Ste 350 |

Rye Brook, NY 10573
(914) 934–9200
Fax: (914) 934–9220
Email: jak@klafterolsen.com
*ATTORNEY TO BE NOTICED*

V.

**Movant**

**Gregory Gutman**                                  represented by **Jonathan Stern**
The Rosen Law Firm, P.A.
275 Madison Avenue 34th floor
New York, NY 10016
212–686–1060
Fax: 212–202–3827
Email: jstern@rosenlegal.com
*ATTORNEY TO BE NOTICED*

**Phillip C. Kim**
The Rosen Law Firm
275 Madison Avenue
40th Floor
New York, NY 10016
212–686–1060
Fax: 212–202–3827
Email: pkim@rosenlegal.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Just Energy Group, Inc.**                         represented by **Jason Colin Cyrulnik**
Roche Cyrulnik Freedman LLP
99 Park Avenue
Suite 1910
New York, NY 10016
646–978–9868
Email: jcyrulnik@rcfllp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul Fattaruso , II**
Roche Cyrulnik Freedman LLP
99 Park Avenue
Suite 1910
New York, NY 10016
978–239–8740
Email: pfattaruso@bsfllp.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Patrick McCullough**

**Defendant**

**Jim Brown**

| Date Filed | # | Docket Text |
|---|---|---|
| 09/04/2019 | Ï 1 | COMPLAINT against Jim Brown, Just Energy Group, Inc., Patrick McCullough. (Filing Fee $ 400.00, Receipt Number ANYSDC–17541691)Document filed by Thaddeus White.(Klafter, Jeffrey) (Entered: 09/04/2019) |
| 09/04/2019 | Ï 2 | CIVIL COVER SHEET filed. (Klafter, Jeffrey) (Entered: 09/04/2019) |
| 09/04/2019 | Ï 3 | REQUEST FOR ISSUANCE OF SUMMONS as to Just Energy Group, Inc., Patrick McCullough, and Jim Brown, re: 1 Complaint. Document filed by Thaddeus White. (Klafter, Jeffrey) (Entered: 09/04/2019) |
| 09/04/2019 | Ï 4 | STATEMENT OF RELATEDNESS re: that this action be filed as related to 19–cv–7181 (JGK). Document filed by Thaddeus White.(Klafter, Jeffrey) (Entered: 09/04/2019) |
| 09/05/2019 | Ï | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above–entitled action is assigned to Judge Unassigned. (pne) (Entered: 09/05/2019) |
| 09/05/2019 | Ï | Case Designated ECF. (pne) (Entered: 09/05/2019) |
| 09/05/2019 | Ï | CASE REFERRED TO Judge John G. Koeltl as possibly related to 19CV7181. (pne) (Entered: 09/05/2019) |
| 09/05/2019 | Ï 5 | ELECTRONIC SUMMONS ISSUED as to Jim Brown, Just Energy Group, Inc., Patrick McCullough. (pne) (Entered: 09/05/2019) |
| 09/10/2019 | Ï | CASE ACCEPTED AS RELATED. Create association to 1:19–cv–07181–JGK. Notice of Assignment to follow. (wb) (Entered: 09/10/2019) |
| 09/10/2019 | Ï | NOTICE OF CASE REASSIGNMENT to Judge John G. Koeltl. Judge Unassigned is no longer assigned to the case. (wb) (Entered: 09/10/2019) |
| 09/10/2019 | Ï | Magistrate Judge Debra C. Freeman is so designated. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: http://nysd.uscourts.gov/forms.php. (wb) (Entered: 09/10/2019) |
| 09/10/2019 | Ï 6 | NOTICE OF APPEARANCE by Steven Lance Wittels on behalf of Thaddeus White. (Wittels, Steven) (Entered: 09/10/2019) |
| 09/10/2019 | Ï 7 | NOTICE OF APPEARANCE by J. Burkett McInturff on behalf of Thaddeus White. (McInturff, J. Burkett) (Entered: 09/10/2019) |
| 09/10/2019 | Ï 8 | NOTICE OF APPEARANCE by Tiasha Palikovic on behalf of Thaddeus White. (Palikovic, Tiasha) (Entered: 09/10/2019) |
| 10/03/2019 | Ï | Minute Entry for proceedings held before Judge John G. Koeltl: Pretrial Conference set for 11/18/2019 at 04:30 PM in Courtroom 14A, 500 Pearl Street, New York, NY 10007 before Judge John G. Koeltl. (Fletcher, Donnie) (Entered: 10/03/2019) |
| 11/15/2019 | Ï 9 | LETTER addressed to Judge John G. Koeltl from Jason Cyrulnik dated 11/15/2019 re: conferences scheduled for next week. Document filed by Just Energy Group, Inc..(Cyrulnik, Jason) (Entered: 11/15/2019) |

| 11/18/2019 | Ï 10 | MEMO ENDORSEMENT on re: (9 in 1:19–cv–08236–JGK) Letter filed by Just Energy Group, Inc., (12 in 1:19–cv–07181–JGK) Letter filed by Just Energy Group Inc. ENDORSEMENT: The cases will be heard on Thursday, November 21, 2019, at 4:30 PM. (Signed by Judge John G. Koeltl on 11/15/2019) (cf) (Entered: 11/18/2019) |
|---|---|---|
| 11/18/2019 | Ï 11 | MOTION to Transfer Case . Document filed by Gregory Gutman.(Kim, Phillip) (Entered: 11/18/2019) |
| 11/18/2019 | Ï 12 | PROPOSED ORDER. Document filed by Gregory Gutman. Related Document Number: [Docket No. 11]. (Kim, Phillip) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 11/18/2019) |
| 11/18/2019 | Ï 13 | MEMORANDUM OF LAW in Support re: 11 MOTION to Transfer Case . . Document filed by Gregory Gutman. (Kim, Phillip) (Entered: 11/18/2019) |
| 11/18/2019 | Ï 14 | DECLARATION of Phillip Kim in Support re: 11 MOTION to Transfer Case .. Document filed by Gregory Gutman. (Attachments: # 1 Exhibit 1 – Declaration of Gregory Gutman, # 2 Exhibit 2 –Notice of Annual and Special Meetingof Shareholders and Management Information Circular, # 3 Exhibit 3 – Defendant Brown's LinkedIn Profile)(Kim, Phillip) (Entered: 11/18/2019) |
| 11/19/2019 | Ï | **\*\*\*NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 12 Proposed Order was reviewed and approved as to form. (dt)** (Entered: 11/19/2019) |
| 11/20/2019 | Ï 15 | NOTICE OF APPEARANCE by Christopher Michael Timmel on behalf of Thaddeus White. (Timmel, Christopher) (Entered: 11/20/2019) |
| 11/21/2019 | Ï 16 | NOTICE OF APPEARANCE by Jonathan Stern on behalf of Gregory Gutman. (Stern, Jonathan) (Entered: 11/21/2019) |
| 11/21/2019 | Ï 17 | NOTICE OF APPEARANCE by Jason Colin Cyrulnik on behalf of Just Energy Group, Inc.. (Cyrulnik, Jason) (Entered: 11/21/2019) |
| 11/21/2019 | Ï | Minute Entry for proceedings held before Judge John G. Koeltl: Initial Pretrial Conference held on 11/21/2019. (Fletcher, Donnie) (Entered: 12/10/2019) |
| 11/22/2019 | Ï 18 | ORDER: The defendants should respond to the motion to transfer venue by the movant, Gregory Gutman, by December 13, 2019. The movant should reply by December 23, 2019. SO ORDERED. (Signed by Judge John G. Koeltl on 11/21/2019) ( Responses due by 12/13/2019, Replies due by 12/23/2019.) (ks) (Entered: 11/22/2019) |
| 11/22/2019 | Ï 19 | MOTION to Appoint Counsel *The Rosen Law Firm, P.A.*., MOTION to Appoint Gregory Gutman to serve as lead plaintiff(s) . Document filed by Gregory Gutman.(Kim, Phillip) (Entered: 11/22/2019) |
| 11/22/2019 | Ï 20 | PROPOSED ORDER. Document filed by Gregory Gutman. Related Document Number: [Docket No. 19]. (Kim, Phillip) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 11/22/2019) |
| 11/22/2019 | Ï 21 | MEMORANDUM OF LAW in Support re: 19 MOTION to Appoint Counsel *The Rosen Law Firm, P.A.*. MOTION to Appoint Gregory Gutman to serve as lead plaintiff(s) . . Document filed by Gregory Gutman. (Attachments: # 1 Exhibit 1 – PSLRA Early Notice, # 2 Exhibit 2 – Originally Filed Lead Plaintiff Motion, # 3 Exhibit 3 – PSLRA Certification, # 4 Exhibit 4 – Loss Chart, # 5 Exhibit 5 – Firm Resume)(Kim, Phillip) (Entered: 11/22/2019) |
| 11/26/2019 | Ï | **\*\*\*NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 20 Proposed Order was reviewed and approved as to form. (dt)** (Entered: 11/26/2019) |
| 12/09/2019 | Ï 22 | |

| | | |
|---|---|---|
| | | NOTICE of Non–Opposition re: 19 MOTION to Appoint Counsel *The Rosen Law Firm, P.A.*. MOTION to Appoint Gregory Gutman to serve as lead plaintiff(s) .. Document filed by Gregory Gutman. (Kim, Phillip) (Entered: 12/09/2019) |
| 12/10/2019 | Ï 23 | NOTICE OF NON–OPPOSITION Plaintiff, TO GREGORY GUTMAN'S RENEWED MOTION TO APPOINT LEAD PLAINTIFF AND APPROVE LEAD PLAINTIFF'S SELECTION OF COUNSEL (DKT. NO. 19): in Opposition to Motion re: 19 MOTION to Appoint Counsel *The Rosen Law Firm, P.A.*. MOTION to Appoint Gregory Gutman to serve as lead plaintiff(s) .. Document filed by Gregory Gutman. (ks) (Entered: 12/10/2019) |
| 12/12/2019 | Ï 24 | ORDER APPOINTING LEAD PLAINTIFF AND APPROVING LEAD PLAINTIFF'S SELECTION OF COUNSEL granting 19 Motion to Appoint Counsel ; granting 19 Motion to Appoint. IT IS HEREBY ORDERED THAT: APPOINTMENT OF LEAD PLAINTIFF AND LEAD COUNSEL 1. Pursuant to Section 21D(a)(3)(B) of the Exchange Act, 15 U.S.C. §78u–(a)(3)(B), Movant is appointed as Lead Plaintiff for the class as he has the largest financial interest in this litigation and otherwise satisfies the requirements of Fed. R. Civ. P. 23. 2. Movant's choice of counsel is approved and accordingly, The Rosen Law Firm, P.A. is appointed as Lead Counsel. 3. Lead Counsel, after being appointed by the Court, shall manage the prosecution of this litigation. Lead Counsel is to avoid duplicative or unproductive activities and is hereby vested by the Court with the responsibilities that include, without limitation, the following: (1) to prepare all pleadings; (2) to direct and coordinate the briefing and arguing of motions in accordance with the schedules set by the orders and rules of this Court; (3) to initiate and direct discovery; (4) to prepare the case for trial; and (5) to engage in settlement negotiations on behalf of Lead Plaintiff and the Class. SO ORDERED. (Signed by Judge John G. Koeltl on 12/10/2019) (ks) (Entered: 12/12/2019) |
| 12/13/2019 | Ï 25 | MEMORANDUM OF LAW in Opposition re: 11 MOTION to Transfer Case . . Document filed by Just Energy Group, Inc.. (Cyrulnik, Jason) (Entered: 12/13/2019) |
| 12/23/2019 | Ï 26 | REPLY MEMORANDUM OF LAW in Support re: 11 MOTION to Transfer Case . . Document filed by Gregory Gutman. (Stern, Jonathan) (Entered: 12/23/2019) |
| 12/23/2019 | Ï 27 | LETTER MOTION for Oral Argument addressed to Judge John G. Koeltl from Jonathan Stern dated December 23, 2019. Document filed by Gregory Gutman.(Stern, Jonathan) (Entered: 12/23/2019) |
| 01/07/2020 | Ï | Minute Entry for proceedings held before Judge John G. Koeltl: Oral Argument set for 2/6/2020 at 02:30 PM in Courtroom 14A, 500 Pearl Street, New York, NY 10007 before Judge John G. Koeltl. (Fletcher, Donnie) (Entered: 01/07/2020) |
| 01/24/2020 | Ï | Minute Entry for proceedings held before Judge John G. Koeltl: Oral Argument set for 2/6/2020 advanced from 2:30pm to 12:30 PM in Courtroom 14A, 500 Pearl Street, New York, NY 10007 before Judge John G. Koeltl. (Fletcher, Donnie) (Entered: 01/24/2020) |
| 02/03/2020 | Ï 28 | NOTICE OF CHANGE OF ADDRESS by Jason Colin Cyrulnik on behalf of Just Energy Group, Inc.. New Address: Roche Freedman Cyrulnik LLP, 99 Park Avenue, Suite 1910, New York, NY, United States 10016, 646–978–9868..(Cyrulnik, Jason) (Entered: 02/03/2020) |
| 02/03/2020 | Ï 29 | NOTICE OF APPEARANCE by Paul Fattaruso, II on behalf of Just Energy Group, Inc...(Fattaruso, Paul) (Entered: 02/03/2020) |
| 02/06/2020 | Ï 30 | CONSENT LETTER MOTION to Adjourn Conference addressed to Judge John G. Koeltl from Jonathan Stern dated February 6, 2020. Document filed by Gregory Gutman..(Stern, Jonathan) (Entered: 02/06/2020) |
| 02/07/2020 | Ï 31 | ORDER granting 30 Letter Motion to Adjourn Conference. Argument rescheduled to 2/12/20 at noon. SO ORDERED. (Signed by Judge John G. Koeltl on 2/7/2020) Oral Argument set for 2/12/2020 at 12:00 PM before Judge John G. Koeltl. (ks) (Entered: 02/07/2020) |

| 02/13/2020 | Ï 32 | ORDER granting 11 Motion to Transfer Case. For the reasons discussed at the conference held on February 12, 2020, the lead plaintiff's motion to transfer venue to the Southern District of Texas is granted. The Clerk of Court is directed to transfer this case to the Southern District of Texas and close the case on the docket of this Court. The Clerk is also directed to close all pending motions. SO ORDERED. (Signed by Judge John G. Koeltl on 2/12/2020) (ks) Transmission to Office of the Clerk of Court for processing. (Entered: 02/13/2020) |
|---|---|---|
| 02/13/2020 | Ï | CASE TRANSFERRED OUT ELECTRONICALLY from the U.S.D.C. Southern District of New York to the United States District Court – District of Southern District of Texas.(ks) (Entered: 02/20/2020) |