IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Thaddeus White, Individually and on Behalf of All Others Similarly Situated, § § § § § § § § § § § § § | CIVIL ACTION NO. 4:20-cv-00590 <br><br> Hon. Lynn N. Hughes |
| Plaintiff, | |
| v. | |
| JUST ENERGY GROUP INC., PATRICK MCCULLOUGH, and JIM BROWN, | |
| Defendants. | |
| GREGORY GUTMAN, Individually and on Behalf of All Others Similarly Situated, § § § § § § § § § § § § § § | CIVIL ACTION NO. 4:19-cv-03449 <br><br> Hon. Ewing Werlein, Jr. |
| Plaintiff, | |
| v. | |
| JUST ENERGY GROUP INC., DEBORAH MERRIL, JAMES LEWIS, PATRICK MCCULLOUGH, and JIM BROWN, | |
| Defendants. | |

**ORDER GRANTING JOINT MOTION TO TRANSFER RELATED CASE
FOR CONSOLIDATION**

Upon consideration of the Joint Motion to Transfer Related Case for Consolidation, it is

hereby ORDERED that:

1.     The action *White v. Just Energy Group, Inc.,* Case No. 4:20-cv-00590 (S.D.T.X.)

is transferred to before Judge Ewing Werlein, Jr. and consolidated with *Gutman v. Just Energy*

*Group, Inc., et al*., Case No. 4:19-cv-03449 (S.D.T.X.).

2.      The docket in case 4:19-cv-03449 shall constitute the Master Docket for this action.

3.      Every pleading filed in this consolidation action should bear the following caption:

| | |
|---|---|
| IN RE JUST ENERGY GROUP INC. SECURITIES LITIGATION | § Master File No. 4:19-cv-03449 <br> § <br> § <u>CLASS ACTION</u> <br> § <br> § |

4.      The file in civil action no. 4:19-cv-03449 shall constitute a master file for every action in the consolidated action. When the document being filed pertains to all actions, the phrase "All Actions" shall appear immediately after the phrase "This Document Relates To:". When a pleading applies to some, but not all, of the actions, the document shall list, immediately after the phrase "This Document Relates To:", the docket number for each individual action to which the document applies, along with the last name of the first-listed plaintiff in said action.

**IT IS SO ORDERED.**

DATED this _____ of _____ 2020.

_____
The Honorable Lynn N. Hughes
United States District Judge