UNITED STATES DISTRICT COURT   SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas

**ENTERED**

April 22, 2020

David J. Bradley, Clerk

Thaddeus White, *et al.*,          §
                                   §
                Plaintiffs,        §
                                   §
*versus*                           §          Civil Action H-20-590
                                   §
Just Energy Group Inc., *et al.*,  §
                                   §
                Defendants.        §

## Order to Consolidate

1.    Civil Action H-19-3449 *Gregory Gutman v. Just Energy Group Inc., et al*, is consolidated with this case.

2.    It will pend as Civil Action 20-590 *Thaddeus White, et al. v. Just Energy Group Inc., et al.*

      Signed on April 22, 2020, at Houston, Texas.

_____
Lynn N. Hughes   USDJ
United States District Judge