UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| THADDEUS WHITE, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> JUST ENERGY GROUP INC., PATRICK MCCULLOUGH, and JIM BROWN, <br><br> Defendants. | Civil Action No. 4:20-cv-00590 <br><br> Honorable Lynn N. Hughes <br><br> Oral Argument Requested |

**DECLARATION OF JASON CYRULNIK IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT**

Jason Cyrulnik, an attorney duly admitted to practice law before this court, hereby declares:

1.      I am an attorney admitted to practice law in this Court.[1] I am a partner at the law firm of Roche Cyrulnik Freedman LLP, counsel for Defendants Just Energy Group Inc. ("Just Energy"), Patrick McCullough, Jim Brown, Deborah Merril, and James Lewis (collectively, "Defendants"). I submit this declaration in support of Defendants' Motion to Dismiss Amended Complaint.

2.      Attached hereto are true and correct copies of the following documents:

---

[1] On April 22, 2020, the Court consolidated Case No. 19-cv-03449 (the "Gutman Action") and Case No. 20-cv-590 (the "White Action"). (Case No. 20-cv-590, Dkt. 43; Case No. 19-cv-03449, Dkt. No. 35.). On October 10, 2019, the Court (Werlein, J.) had granted my motion to appear *pro hac vice* in the Gutman case. (Case No. 19-cv-03449, Dkt. No. 18.)

| Ex. | Document | Date | Publicly Available at |
|---|---|---|---|
| 1 | Just Energy's Audited Consolidated Financial Statements for the Year Ended March 31, 2018 | May 16, 2018 | https://www.sec.gov/Archives/edgar/data/1538789/000117184318004368/exh_13.htm |
| 2 | Just Energy Management's Discussion and Analysis for the Year Ended March 31, 2018 | May 16, 2018 | https://www.sec.gov/Archives/edgar/data/1538789/000117184318004368/exh_12.htm |
| 3 | Just Energy Management Discussion and Analysis for the Year Ended March 31, 2019 | May 15, 2019 | https://www.sec.gov/Archives/edgar/data/1538789/000117184319003547/exh_12.htm |
| 4 | Just Energy's Audited Consolidated Financial Statements for the Year Ended March 31, 2019 | May 15, 2019 | https://www.sec.gov/Archives/edgar/data/1538789/000117184319003751/exh_13p.htm |
| 5 | Management's Discussion and Analysis for the Year Ended March 31, 2019 (Restated) | August 14, 2019 | https://www.sec.gov/Archives/edgar/data/1538789/000117184319005532/exh_12.htm |
| 6 | Just Energy's Restated Audited Consolidated Financial Statements for the Year Ended March 31, 2019 | August 14, 2019 | https://www.sec.gov/Archives/edgar/data/1538789/000117184319005532/exh_13p.htm |

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 13th day of November, 2020, at Teaneck, New Jersey

_____/s/ Jason Cyrulnik_____
**Jason Cyrulnik**