IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| THADDEUS WHITE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>JUST ENERGY GROUP INC., PATRICK MCCULLOUGH, and JIM BROWN,<br><br>Defendants. | Civil Action No. H-20-590<br><br>Hon. Lynn. N. Hughes |

**DEFENDANTS' NOTICE REGARDING STATUS OF BANKRUPTCY PROCEEDINGS**

Pursuant to the parties' stipulation and agreement dated March 15, 2021, Defendants hereby provide notice informing the Court of the status of the Bankruptcy Proceedings of Just Energy, Inc.

On March 9, 2021, the Ontario Superior Court of Justice directed that "no proceeding or enforcement before any court, tribunal or agency" shall be "commenced or continued against or in respect of any of the Just Energy Entities" or "their respective employees and representatives acting in such capacities" except with Just Energy's prior written consent or leave of the court, and that "any and all Proceedings currently under way against or in respect of the Just Energy Entities" are "hereby stayed and suspended" pending further order of the court. Initial Order ¶ 11, *In re Just Energy Grp. Inc.*, No. CV-21-00658423-00CL (Ontario Super. Ct. of Justice Mar. 9, 2021); *see also id.* ¶ 22 (stay applies to actions against "former, current or future directors or officers of the Just Energy Entities"). The Ontario Superior Court of Justice set the initial stay period "until and including March 19, 2021" (*id.* ¶ 11) and by further order has extended the stay period "until and including June 4, 2021." Amended & Restated Initial Order ¶ 17, No. CV-21-00658423-00CL (Ontario Super. Ct. of Justice Mar. 19, 2021); *see also id.* ¶ 32

(stay applies to actions against "former, current or future directors or officers"). The United Stated Bankruptcy Court for the Southern District of Texas Houston Division (Hon. Marvin Isgur) has recognized and directed compliance Ontario Superior Court of Justice's Order. *In re Just Energy Grp. Inc.*, No. 21-30823 (Bankr. S.D. Tex. Mar. 9, 2021), Dkt. 23.

Accordingly, this action currently remains stayed by order of the Ontario Superior Court of Justice and recognized by United States Bankruptcy Court. The parties will notify the Court upon lifting of the stay.

Defendants will make themselves available to address these issues or related matters at the Court's convenience, should the Court wish.

Dated: March 29, 2021

Respectfully submitted,
CYRULNIK FATTARUSO LLP

 */s/ Jason Cyrulnik*
Jason Cyrulnik (*admitted pro hac vice*)
Paul Fattaruso (*admitted pro hac vice*)
55 Broadway, Third Floor
New York, NY 10006
917 353 3005
jcyrulnik@cf-llp.com
pfattaruso@cf-llp.com

*Counsel for Defendants*