UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
July 14, 2021
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| Thaddeus White, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | Civil Action H-20-590 |
| | § | |
| Just Energy Group, Inc., et al., | § | |
| | § | |
| Defendants. | § | |

# Order Staying Case

1. On the notice of the defendants, this case is stayed pending the bankruptcy proceedings.

2. By August 16, 2021, the parties must jointly report the status of this case and the next steps to advance this litigation.

Signed on July 14, 2021, at Houston, Texas.

Lynn N. Hughes
United States District Judge